IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL LEWIS, | No. 4:21-CV-00431 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BORAL BUILDING PRODUCTS, INC., | |
| Defendant. | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on __4/21/21__, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

✓ All individual parties and their counsel.

_____ Designated corporate representatives.

_____ Required claims professionals.

_____ Other (Describe). _____

_____

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____

(c) The outcome of the mediation conference was:

__✓__ **The case has been completely settled.**

_____ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____
_____
_____

_____ **The parties have reached an impasse.**

**Done this** __21st__ **day of** __Sept__ , 202_1_.

Signature of Mediator __[signature]__

Name of Mediator       ALLEN P. NEELY

Phone (814) 235-2243