# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL LEWIS<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BORAL BUILDING PRODUCTS INC.<br><br>　　　　　　　Defendant. | Case No. 4:21-CV-00431-MWB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) (A) (ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each party to bear his/its own costs and fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

REED SMITH LLP　　　　　　　　　　　　HENNESSY LAW

/s/ Jill Waldman　　　　　　　　　　　　　/s/　　Kay Hennessy Seven
Mariah H. McGrogan (PA I.D. 318488)　　Kay Hennessy Seven　(PA I.D. 77262)
Reed Smith Centre　　　　　　　　　　　Brendan D. Hennessy (PA I.D. 91831)
225 Fifth Avenue　　　　　　　　　　　　101 Lindenwood Drive, Suite 225
Pittsburg, PA 15222-2716　　　　　　　　Malvern, PA 19355
Telephone:  (412) 288-3131　　　　　　　Telephone:  (484-875-3111
Facsimile:  (412) 288-3063　　　　　　　Facsimile:  (484) 713-5185
Email:  mmcgrogan@reedsmith.com　　　Email:  kay@hennessylawfirm.com
　　　　　　　　　　　　　　　　　　　Email:  bhennseey@hennessylawfirm.com

Jill Waldman (MO #51568)
(Admitted *Pro hac Vice*)　　　　　　　　ATTORNEYS FOR PLAINTIFF
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001
Email:  jill.waldman@lathropgpm.com

ATTORNEYS FOR DEFENDANT

Dated:  October 28, 2021